UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: CRIMINAL NO. 1:16-CR-162
v. :
:
JWANE JOHNSON :
    Defendant :

*O R D E R*

AND NOW, this 29th day of August, 2017, upon consideration of Defendant Jwane Johnson's motion (Doc. 76) for a new trial, it is ORDERED that the motion is GRANTED. Counts One, Two, and Three of the indictment are scheduled for trial on Monday, October 23, 2017 at 9:30 a.m.

                                       /s/ William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge