# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:16-cr-162 |
| v. : | |
| : | (Judge Kane) |
| **JWANE JOHNSON**, : | |
| **Defendant** : | |

# ORDER

**AND NOW**, this 8th day of August 2018, upon consideration of Defendant Jwane Johnson's motion (Doc. No. 168) for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, and after review of the parties' briefing thereto, (Doc. Nos. 169, 179, 182), and in accord with the accompanying memorandum, **IT IS ORDERED THAT** the motion is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

1